Docusign Envelope ID: 9F56A37B-C367-4BFC-8CD8-0BF2C8C4D589

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Louie's Seafood and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Henry Argudo
_____
**Full Legal Name (Print)**

*[Signature: DocuSigned by 592A2342F9EC4CA...]*
_____
**Signature**

6/5/2025
_____
**Date**

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

     I am an employee currently or formerly employed by Louie's Seafood and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

FRANCISO AQUINO
Full Legal Name (Print)

_____
Signature

5-27-25
Date