# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by **Louie's Prime Steak & Seafood** and/or related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Michelle Ego-Aguirre
Full Legal Name (Print)

*[Signed by: Michelle Ego-Aguirre]*
Signature

6/27/2025
Date