# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10004
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

February 25, 2026

**<u>VIA ECF</u>**

Hon. Nusrat Choudhury
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> **Re:  *Aquino et al v. Louie's Restaurant Operating LLC et al,*
> 25-cv-03183 (NJC)(ST)**

Dear Judge Choudhury:

We represent Plaintiffs and opt-in Plaintiffs in the above-referenced matter. We write in response to Defendants' Letter filed earlier today.  Defendants should not be allowed to use gamesmanship to resolve an impasse by holding up litigation and ramming an unfair settlement term down Plaintiffs' throats. The primary issue in dispute is very straightforward, as set forth below, and not one that Plaintiffs will compromise on.  Thus, if there is no agreement, there is an impasse. This litigation, which commenced over eight (8) months ago, should proceed with a Scheduling Conference.

The Parties in fact attended a mediation on December 11, 2026.   The Parties did agree in principle to a settlement figure and that the settlement could be claims-made.  However, Plaintiffs' Counsel made clear at all times in mediation and in subsequent discussions with Defendants that it was a material term to the settlement that (a) notice to putative class members be disseminated electronically, (b) class members be able to file claim forms electronically via a website, and (c) any notice given to class members inform class members what their estimated awards are, so that they can make informed decisions as to whether to claim their money.

Defendants have several times informed us that they will not agree to informing class members what their estimated awards are or to allow members to file via website.  Defendants' Counsel stated several times that they anticipate a very low claims rate.  Defendants' counsel

further stated that they do not want to increase the participation rate by giving putative class members this basic information/added method to claim.

Plaintiffs have no interest in reaching a collusive settlement with Defendants with an artificially inflated settlement figure. The terms in question are, for obvious reasons, simply not further negotiable to Plaintiffs. While there may be instances where such paper mail is sufficient, Plaintiffs simply will not concede *here* to withhold electronic dissemination to suppress the claims rate. *See. e.g., Li Ni v. Red Tiger Dumpling House Inc*., No. 19-CV-3269, 2020 U.S. Dist. LEXIS 226539, at *36 (E.D.N.Y November 30, 2020) ("Courts in the Second Circuit have permitted dissemination of notice by mail, email, and text message where, as here, the nature of the employer's business facilitated high turnover rate among employees.")(citations and quotations omitted). Plaintiffs also do not want to hide from putative class members, *whose claims are being released*, the amount of money they stand to recover by claiming and lose by not claiming. These terms are simply not further negotiable to Plaintiffs. *See e.g., In re Initial Pub. Offering Sec. Litig*., 243 F.R.D. 79, 94 (S.D.N.Y. 2007) ("Given such uncertainty, it will be difficult, if not impossible, for class members to make adequately informed decisions because the Settlement Notice does not provide any estimate as to the range of actual recoveries on a recognized claim. Therefore, the proposed Settlement Notice is deficient and cannot be approved....")

In short, Plaintiffs cannot and will not agree to Defendants' proposal. Defendants, instead of conceding to Plaintiffs' terms or declaring an impasse wish to delay litigation further, in the hopes that Plaintiffs will concede to their position. We will not. As such, we respectfully request that this case be restored to the litigation conference and that Court order a Scheduling Conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP.
Attorneys for Plaintiffs

    s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640