# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com


July 13, 2026

**VIA ECF**

Hon. Steven L. Tiscione
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: *Aquino et al v. Louie's Restaurant Operating LLC et al,* 25-cv-03183 (ST)**

Dear Judge Tiscione:

We represent Plaintiffs and Rule 23 Class in the above-referenced matter. We write to respectfully inform the Court that Defendants are not abiding by the terms of the class action settlement in this matter as they have still not provided a class list and are thereby hindering the efficient and timely administration of this settlement. Accordingly, and for the reasons outlined below, we respectfully request that the Court Order Defendants to produce the class list no later than July 15, 2026.

By way of brief background, on June 2, 2026, the Court preliminarily approved a class action settlement in this matter. ECF No. 38. Pursuant to § 2.5 of the settlement agreement, "[w]ithin ten (10) business days after entry of the Preliminary Approval Order, Defendants shall provide the Claims Administrator, and Class Counsel the Class List in Excel format […]." ECF No. 36-1 pg.10. In other words, Defendants were expected to produce the class list by June 16, 2026.

By email dated June 15, 2026, counsel for Defendants state that their clients needed additional time to compile the list and they expected to provide it by June 22, 2026. Defendants did not produce it by that date and, on June 23, 2026, informed the claims administrator and Plaintiffs that they needed still more time to prepare the list. Defendants stated that they would provide an update as to when they expected to produce it. Defendants never provided and update and, on June 29, 2026, the claims administrator emailed Defendants to inquire as to status of the

list. Defendants responded that they would produce the list no later than Friday July 10, 2026. Nonetheless, despite their clear obligations under the settlement agreement and their assurances that a list would be produced, Defendants have still not produced the list. Accordingly, we are left with no choice but to seek the Court's involvement and respectfully request that the Court Order Defendants to produce the class list no later than the close of business on July 15, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
Tel: (212) 688-5640

cc: All counsel of record (via ECF)