**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 27, 2026 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | 25cv3183-ST |
| NAME OF CASE(S): | Aquino et al. v. Louie's Restaurant Operating LLC et al. |
| FOR PLAINTIFF(S): | Nussbaum, Schulman |
| FOR DEFENDANT(S): | Giambalvo |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM  Motion Hearing                    :

Plaintiffs' MOTION to Expedite Settlement Administration Process [41] is granted. Defendants shall produce the corrected class list no later than August 3, 2026. Defense counsel must review the list prior to disclosure to make sure it correctly identifies only members that meet the class definition. Failure to produce an accurate list by the deadline will result in monetary sanctions.